UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRICKLAYERS PENSION TRUST FUND –
METROPOLITAN AREA; BRICKLAYERS AND
TROWEL TRADES INTERNATIONAL PENSION          No. 2:06-cv-10483
FUND; BRICKLAYERS AND TROWEL TRADES          Hon. Paul D. Borman
INTERNATIONAL RETIREMENT SAVINGS
PLAN; BRICKLAYERS HOLIDAY TRUST FUND;
METROPOLITAN AREA TROWEL TRADES HEALTH
AND WELFARE FUND; DETROIT AND VICINITY;
BRICKLAYERS INTERNATINAL MASONRY
INSTITUTE; DETROIT METROPOLITAN MASONRY
JOINT APPRENTICESHIP AND TRAINING
COMMITTEE, INTERNATIONAL UNION OF
BRICKLAYERS AND ALLIED CRAFTWORKERS;
INTERNATIONAL UNION OF BRICKLAYERS AND
ALLIED CRAFTWORKERS, LOCAL 1; LABORERS PENSION
TRUST FUND – DETROIT AND VICINITY; LABORERS
METROPOLITAN AND DETROIT HEALTH AND
WELFARE FUND; LABORERS' ANNUITY FUND –
DETROIT AND VICINITY; AND MICHIGAN
LABORERS TRAINING FUND; trust funds
Established under, and administered pursuant to,
Federal law,

   Plaintiffs,

v.

G&R MASONRY, INC., a corporation
incorporated under the laws of the State
of Michigan,

   Defendant.
_____/

| | |
|---|---|
| George H. Kruszewski (P25857) | H. Nathan Resnick (P42424) |
| SACHS WALDMAN, P.C. | Shanna M. Azzopardi (P64642) |
| Attorneys for Plaintiffs | RESNICK & MOSS, P.C. |
| 1000 Farmer Street | Attorneys for Defendant |
| Detroit, MI 48226 | 40900 Woodward Avenue, Suite 111 |
| (313) 965-3464 | Bloomfield Hills, MI 48304 |
| | (248) 642-5400 |

_____/

## ORDER FOR RESNICK & MOSS, P.C.'S WITHDRAWAL AS ATTORNEY FOR DEFENDANT G&R MASONRY, INC.

The parties having filed a Stipulation for Resnick & Moss, P.C.'s Withdrawal as

Attorney for Defendant G&R Masonry, Inc., and the Court having reviewed the Stipulation, it is therefore,

IT IS HEREBY ORDERED that Resnick & Moss, P.C. is withdrawn from further representation of the Defendant, G&R MASONRY, INC., in this matter.

IT IS FURTHER ORDERED that this matter shall be stayed for thirty (30) days in order to allow Defendant to retain new counsel in the above-captioned matter.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 8, 2006.

S/Jonie Parker
Case Manager